**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

| | |
|---|---|
| PATTY ANN ALLEN,<br>  Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner,<br>Social Security Administration,<br>  Defendant. | **Case No. 3:11-CV-00225 JTK** |

## FINAL JUDGMENT

Pursuant to the Order of Dismissal entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's case is DISMISSED WITH PREJUDICE.

SO ORDERED this 22nd day of January, 2013.

_____
United States Magistrate Judge