# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

PATTY ANN ALLEN, )
   Plaintiff, )
) **Case No. 3:11-CV-00225 JTK**
v. )
)
MICHAEL J. ASTRUE, Commissioner, )
Social Security Administration, )
   Defendant. )
)

## FINAL JUDGMENT

Pursuant to the Order of Dismissal entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's case is DISMISSED WITH PREJUDICE.

SO ORDERED this 22nd day of January, 2013.

_____
United States Magistrate Judge